UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.          Case No. **25-CR-132**

[18 U.S.C. §§ 922(a)(1)(A), 922(a)(6), 922(a)(1)(D), & 924(a)(2)]

MELVIN R. ALVARADO-ORTIZ,

    Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about February 10, 2022, in the State and Eastern District of Wisconsin,

**MELVIN R. ALVARADO-ORTIZ,**

in connection with the acquisition of a firearm from Dunham's, a federally licensed firearms dealer in New Berlin, Wisconsin, knowingly made a false and fictitious written statement intended and likely to deceive Dunham's as to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code.

2. Specifically, in connection with the purchase of a Glock 19x, 9mm pistol, bearing serial #AGBY835, Alvarado-Ortiz falsely stated on the Firearms Transaction Record Form (ATF Form 4473) that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about, March 2, 2023, in the State and Eastern District of Wisconsin,

**MELVIN R. ALVARADO-ORTIZ,**

in connection with the acquisition of firearms from Dunham's, a federally licensed firearms dealer in Brookfield, Wisconsin, knowingly made false and fictitious written statements intended and likely to deceive Dunham's as to a fact material to the lawfulness of the sale and disposition of such firearms under the provisions of Chapter 44 of Title 18, United States Code.

2. Specifically, in connection with the purchase of a Glock 17, 9mm pistol, bearing serial #BVFP649, and a Glock 19, 9mm pistol, bearing serial #BUPK723, Alvarado-Ortiz falsely stated on the Firearms Transaction Record Form (ATF Form 4473) that he was the actual transferee/buyer of the firearms.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about, March 15, 2024, in the State and Eastern District of Wisconsin,

**MELVIN R. ALVARADO-ORTIZ,**

in connection with the acquisition of a firearm from Guardian Guns, a federally licensed firearms dealer in South Milwaukee, Wisconsin, knowingly made a false and fictitious written statement intended and likely to deceive Guardian Guns as to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code.

2. Specifically, in connection with the purchase of a Century Arms Draco Mini pistol, bearing serial # 23PH-2414, Alvarado-Ortiz falsely stated on the Firearms Transaction Record Form (ATF Form 4473) that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about July 1, 2022, and March 15, 2024, in the State and Eastern District of Wisconsin,

**MELVIN R. ALVARADO-ORTIZ,**

not being a licensed importer, licensed manufacturer, and licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

A TRUE BILL:

FOREPERSON
Dated: 7-8-25

RICHARD G. FROHLING
Acting United States Attorney